EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Hon. José A. Andréu García<br><br>En ocasión de su retiro<br>como Juez Presidente<br>de este Tribunal | 2003 TSPR 143<br><br>160 DPR ____ |

Número del Caso: ED-2003-3

Fecha: 30 de septiembre de 2003

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Hon. José A. Andréu García

En ocasión de su retiro                    ED-2003-3
como Juez Presidente de
este Tribunal

RESOLUCIÓN

San Juan, Puerto Rico, a 30 de septiembre de 2003

Tras aproximadamente doce años de fungir como Juez Presidente de este Tribunal, hoy el Honorable Juez José A. Andréu García, se acoge al retiro voluntario. Con tal motivo, y por acuerdo de la señora y señores Jueces Asociados, se deja constancia del presente testimonio.

La trayectoria jurídica del Juez Andréu García dio inicio en el año 1961, cuando, a sus 23 años, obtuvo el grado de Juris Doctor en la Facultad de Derecho de la Universidad de Puerto Rico. Luego de recibirse como abogado ejerció la práctica privada de la profesión por un corto periodo de tiempo. Ya en el año 1963 el Juez Andréu García comenzó a dar visos de lo que sería su pasión por la Rama Judicial al incursionar en el servicio público como Juez de Distrito, posición que ocupó por espacio de dos años. Posteriormente, fue designado Fiscal Auxiliar, ascendiendo luego a Fiscal de Distrito, cargo que desempeñó hasta 1969. La excelencia de su desempeño en dichos cargos le hizo merecedor de un nombramiento como Juez Superior en el Tribunal de Primera Instancia.

Así transcurrieron diez fructíferos años de su vida dedicados al servicio público, luego de

los cuales decidió reintegrarse a la práctica privada de la abogacía donde se distinguió enormemente. Ello no obstante, nunca abandonó su interés en la buena marcha de la administración de la justicia y en la educación de la clase togada del País. Su participación activa en diferentes ámbitos del quehacer jurídico así lo demuestran: dictó cátedra en la Facultad de Derecho de la Universidad Interamericana de Puerto Rico, sirvió como recurso en la División Internacional del National Center for State Courts, fue integrante de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía, fue miembro de la Junta de Directores de la Administración de Edificios Públicos de Puerto Rico y perteneció a diversos comités dirigidos a mejorar nuestro sistema judicial, entre ellos: el Comité Asesor del Gobernador para la Reforma Judicial, Comité de Administración del Tribunal de Primera Instancia de la Conferencia Judicial y el Comité de Reglas de Evidencia de la Conferencia Judicial.

La vasta experiencia adquirida durante todos estos años, su empeño en promover el bienestar de nuestro sistema de justicia y su exitosa trayectoria tanto en el servicio público como en la práctica privada de su profesión no pasaron desapercibidos, pues en 1990, el entonces Gobernador de Puerto Rico, Hon. Rafael Hernández Colón, lo designó como Juez Asociado de este Tribunal y, dos años más tarde, como Juez Presidente, poniendo en sus manos la dirección y administración de la Rama Judicial. Desde ese mismo instante comenzó una nueva era en el Sistema de Tribunales de nuestro País, con retos y metas que, en ese momento, parecían inalcanzables. No obstante, su visión vanguardista, su ahínco y perseverancia llevaron al Juez Andréu García a lograr cada una de estas metas. Fue así como logró posicionar el Poder Judicial del Estado Libre Asociado de Puerto Rico en uno de avanzada ante los retos de un nuevo siglo, modernizando el sistema judicial mediante la utilización de tecnología para agilizar los trámites judiciales. Además, promovió el acceso a la justicia, promocionando un trato equitativo sin diferenciación por motivo de sexo, raza, origen étnico o estatus social.

Reorganizó el sistema judicial con el fin de simplificar los procedimientos que dilataban y encarecían los procesos ante los tribunales. Creó programas de educación y orientación dirigidos a la comunidad --incluyendo niños y jóvenes-- y promovió un sistema de educación jurídica continua para los abogados. También impulsó la capacitación y cualificación de los empleados de la Rama Judicial y el enriquecimiento de nuestra cultura judicial, promoviendo intercambios con las judicaturas de diversas jurisdicciones. La aportación más reciente del Honorable Juez Andréu García a nuestro sistema de justicia fue la obtención de la anhelada

autonomía fiscal presupuestaria; también tuvo una participación destacada respecto a la nueva Ley de la Judicatura recientemente aprobada.

No hay duda que con sus contribuciones el Juez Andréu García, como Juez Presidente y administrador, dejó cimentados los pilares de un sistema de justicia de avanzada, basado en una visión futurista de nuestros tribunales. Es evidente que dio lo mejor de sí a esta venerable Institución. El camino de la excelencia está trazado y la transformación en marcha.

Su renuncia nos priva de un Juez inteligente, íntegro y justo, culminando así una etapa más en la vida institucional de este Foro y de nuestra Rama Judicial. Nos priva de un excelente compañero y amigo que se ha ganado el afecto de todos los que con él hemos compartido. Nos deja carentes del beneficio de su gran experiencia y sabiduría, de su visión vanguardista, y, sobre todo, de su calor humano.

En nombre de la Rama Judicial y de la ciudadanía, nosotros, sus compañeros Jueces de este Tribunal, hacemos expresión sincera de nuestro agradecimiento, aprecio y estimación hacia el compañero Juez José A. Andréu García, sentimiento que hacemos extensivo a su señora esposa, Cecilia I. Fuentes, a sus queridos hijos y demás familiares. Le deseamos la mejor de las suertes en sus nuevos proyectos y que Dios lo bendiga y favorezca siempre.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García inhibido. El Juez Asociado señor Rivera Pérez no intervino.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo